# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In Re: Don Karl Juravin

DON KARL JURAVIN,

        Appellant,

v.                          Case No:   6:20-cv-2117-Orl-40

FEDERAL TRADE COMMISSION,

        Appellee.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__    IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

In re Don Karl Juravin 6:18-bk-06821-KSJ

In re Must Cure Obesity 6:20-bk-01801

Both matters are pending and Don Juravin and Must Cure Obesity were two of six defendants found liable to the FTC for matters of the instant action.

_____    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: November 23, 2020

_____
Counsel of Record
   Aldo Bartolone, Esq.
   Florida Bar No. 173134
   Bartolone Law PLLC
   1030 N. Orange Avenue
   Suite 300
   Orlando, Florida 32801
   Office: 407-294-4440
   Cell: 305-799-9120