# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In Re: Don Karl Juravin

DON KARL JURAVIN,

        Appellant,

v.                                  Case No:   6:20-cv-2117-Orl-40

FEDERAL TRADE COMMISSION,

        Appellee.

---

## NOTICE TO ADDITIONAL COUNSEL NOT REGISTERED FOR CASE MANAGEMENT AND ELECTRONIC CASE FILING (CM/ECF)

Upon review of this case, it appears that attorney **Michael Mora** is not registered to participate in the Case Management and Electronic Case Filing ("CM/ECF") program of the Court. Further such attorney is listed as additional counsel for a party whose designated counsel is participating in the Court's Case Management and Electronic Case Filing.

Any attorney, including those appearing as additional counsel for a party in this case, shall register and participate, as well as docket, in CM/ECF.  Within thirty (30) days from the date of this Order all counsel shall be in compliance with this directive. In the event such attorney has registered to participate in CM/ECF, counsel will continue to receive filings by the Court in the case, but such filings will be transmitted to counsel electronically.

Counsel is advised that extensive notice of the Court's Case Management and Electronic Case Filing program has been provided through the Court's webpage and announced through numerous mailings.

Counsel is directed to the website located at www.flmd.uscourts.gov under "CM/ECF" where a password may be requested from the Court. Counsel must take the Tutorials offered on the website before using the CM/ECF system.

**DONE** and **ORDERED** in Orlando, Florida on this 17th day of December, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record