# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**In Re: Don Karl Juravin**

**DON KARL JURAVIN,**

      **Appellant,**

v.                                                  **Case No: 6:20-cv-2117-PGB**

**FEDERAL TRADE COMMISSION,**

      **Appellee.**
_____/

## ORDER

This cause comes before the Court upon review of the file.

Federal Rule of Bankruptcy Procedure 8018(a)(1) provides that "The appellant must serve and file a brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically." On December 16, 2020, the Clerk of Court filed a "Notice of docketing bankruptcy record on appeal advising counsel to comply with Rule 8018." (Doc. 9). To date, Appellant has not filed a brief.

Accordingly, Appellant has failed to timely file a proper initial brief, and the time to do so has passed. Appellant is therefore **ORDERED TO SHOW CAUSE** in writing on or before **Thursday, April 1, 2021**, why this appeal should not be dismissed.

2

**DONE AND ORDERED** in Orlando, Florida on March 25, 2021.

                                                PAUL G. BYRON
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties