**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re: Don Karl Juravin

**DON KARL JURAVIN,**

       Appellant,

v.                                                        Case No: 6:20-cv-2117-PGB

**FEDERAL TRADE COMMISSION,**

       Appellee.
_____/

## ORDER

This cause comes before the Court upon a *sua sponte* review of the file. On March 25, 2021, the Court entered an Order to Show Cause why this appeal should not be dismissed for failure to file and serve an initial brief. (Doc. 11).[1] The Court ordered Appellant to respond on or before April 1, 2021. Appellant failed to do so.

It is therefore **ORDERED AND ADJUDGED** that this case is **DISMISSED**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 2, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

---

[1] Appellant's brief was due on January 15, 2021. *See* FED. R. BANKR. PRO. 8018(a)(1).

Counsel of Record
Unrepresented Parties